UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DEANDREUS HINES                                           PLAINTIFF

V.                                      CIVIL NO. 3:23-CV-304-KHJ-MTP

UNITED STATES DEPARTMENT OF JUSTICE                      DEFENDANT

## FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses the case.

SO ORDERED AND ADJUDGED, this 5th day of September, 2023.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE